JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES | ) | SACV12-02217-AG (DFMx) |
| Plaintiff, | ) ) | ORDER STAYING ACTION PENDING FINAL SETTLEMENT |
| v. | ) ) | AND REMOVING CASE FROM ACTIVE CASELOAD |
| CIENA COMMUNICATIONS INC., | ) ) ) | |
| Defendant. | ) | |

On July 29, 2014, plaintiff filed a Notice of Settlement. The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

Dated: July 30, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE